UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

|  |  |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY and CENTER FOR FOOD SAFETY, <br><br> *Petitioners,* <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY and LEE ZELDIN, in his official capacity as Administrator, <br><br> *Respondents,* <br><br> and <br><br> SYNGENTA CROP PROTECTION, LLC, <br><br> *Intervenor-Respondent.* | Case No. 26-298 <br><br><br> **CONSENT MOTION FOR EXTENSION OF BRIEFING DEADLINES** |

Pursuant to Ninth Circuit Rule 31-2.2(b), Petitioners Center for Biological Diversity and Center for Food Safety move to extend the briefing deadlines in this case. As detailed below, and in the Declaration of Sharmeen Morrison filed herewith, the Petitioners have acted with diligence and there is a substantial need for the requested extension. Petitioners have conferred with Respondents U.S. Environmental

1

Protection Agency et al. and Intervenor Syngenta Crop Protection LLC, and they consent to this motion.

The currently operative briefing deadlines are as follows:

| | |
|---|---|
| Administrative Record due | April 30, 2026 |
| Petitioners' Opening Brief due | July 31, 2026 |
| Respondents' Answering Brief due | October 29, 2026 |
| Intervenor's Brief due | November 12, 2026 |
| Petitioners' Optional Reply Brief due | December 14, 2026 |

Dkt. No. 20.1. The Parties have conferred and jointly request that the briefing schedule be revised as follows:

| | |
|---|---|
| Petitioners' Opening Brief due | August 21, 2026 |
| Respondents' Answering Brief due | November 19, 2026 |
| Intervenor's Brief due | December 10, 2026 |
| Petitioners' Optional Reply Brief due | January 11, 2027 |

There is substantial need for the requested extensions due to two unanticipated delays with the production of the Administrative Record. First, while the existing briefing schedule anticipated that the Administrative Record would be produced on April 30, 2026, *see* Dkt. No. 20.1, Respondents were unable to produce the Administrative Record prior

2

to entry of the Parties' proposed Protective Order governing its dissemination and use. Dkt. No. 22.1. Respondents produced the Administrative Record on May 28, 2026, immediately following entry of the Protective Order. *See* Morrison Decl. ¶ 4. Petitioners reviewed the contents of the Administrative Record, which consists of over 150,000 pages of materials, diligently following its production on May 28, 2026. *Id.* ¶ 4.

Second, on June 26, 2026, Petitioners emailed Respondents with a list of documents that they believe are properly part of, but were omitted from, the Administrative Record. *Id.* ¶ 5. At the time of this filing, Petitioners and Respondents are still actively discussing which documents will be added to the Record, and determining the logistics of how some added Record materials will be accessible to the Parties. *Id.* ¶ 5.

Petitioners have been working diligently to prepare their Opening Brief, but the loss of 28 days' worth of review of the Administrative Record, as well as the ongoing uncertainty regarding the contents of the Record, has prejudiced their ability to finalize their brief by the current deadline of July 31, 2026.

The requested extension of the briefing schedule would not unreasonably delay resolution of this case.

3

# CONCLUSION

For the foregoing reasons, Petitioners request that the Court grant this Motion for Extension of Briefing Deadlines and enter the revised briefing schedule set forth above.

Respectfully submitted this 14th day of July, 2026.

s/Stephanie M. Parent
Stephanie M. Parent
CENTER FOR BIOLOGICAL
   DIVERSITY
P.O. Box 11374
Portland, OR 97221
T: (971) 717-6404
sparent@biologicaldiversity.org

Benjamin Rankin
CENTER FOR BIOLOGICAL
   DIVERSITY
1411 K St. NW, Ste. 1300
Washington, D.C. 20005
T: (202) 849-8402
brankin@biologicaldiversity.org

s/Sharmeen Morrison
Sharmeen Morrison
Gregory C. Loarie
EARTHJUSTICE
180 Steuart St. #194330
San Francisco, CA 94111
T: (415) 217-2000
smorrison@earthjustice.org
gloarie@earthjustice.org

George A. Kimbrell
CENTER FOR FOOD SAFETY
2009 NE Alberta St., Suite 207
Portland, OR 97211
T: (971) 271-7372
gkimbrell@centerforfoodsafety.org

*Counsel for Petitioners*

5

## CERTIFICATE OF COMPLIANCE

The foregoing motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 442 words, excluding those parts exempted by Fed. R. App. P. 32(f).

This motion also complies with the typeface requirements of Fed. R. App. P. 32(a)(5)(A) and the type-style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point, Georgia font.

s/Sharmeen Morrison
Sharmeen Morrison