UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

|  |  |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY and CENTER FOR FOOD SAFETY, <br><br> *Petitioners,* <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY and LEE ZELDIN, in his official capacity as Administrator, <br><br> *Respondents,* <br><br> and <br><br> SYNGENTA CROP PROTECTION, LLC, <br><br> *Intervenor-Respondent.* | Case No. 26-298 <br><br><br> **DECLARATION OF SHARMEEN MORRISON IN SUPPORT OF CONSENT MOTION FOR EXTENSION OF BRIEFING DEADLINES** |

I, Sharmeen Morrison, declare as follows:

1.     I am a counsel of record for Petitioners Center for Biological Diversity and Center for Food Safety in the above-captioned case.

2.     There is substantial need for a 21-day extension for Petitioners to file their Opening Brief, from the current deadline of July 31, 2026, to August 21, 2026, with commensurate extensions for the answering and

1

reply briefs, [1] due to unanticipated delays with the production of the Administrative Record.

3.    Petitioners' Opening Brief was originally due April 6, 2026. *See* Dkt. No. 3.1. The Circuit Mediator assented to a request from Petitioners and Respondents to enter a new briefing schedule on January 15, 2026, because Respondents required more time to file the Administrative Record and Petitioners required more time to review it. *See* Dkt. No. 19.1 at 2. The Court re-confirmed that briefing schedule to be operative following the intervention of Syngenta Crop Protection, LLC. *See* Dkt. No. 20.1.

4.    On April 17, 2026, Respondents filed an unopposed motion for entry of a protective order to govern the production, use, and submission of confidential and otherwise restricted information in the Administrative Record for this case. Dkt. No. 22.1. Respondents were unable to file the Administrative Record by their original deadline of April 30, 2026, because the Court had not yet ruled on Respondents' motion for entry of a protective order by that time. On May 28, 2026, the Court granted Respondents' motion for entry of protective order. Dkt. No. 27.1. Respondents produced the Administrative Record on May 28, 2026,

---

[1] Respondents' Answering Brief would be due November 19, 2026, Intervenor's Brief would be due December 10, 2026, and Petitioners' Optional Reply Brief would be due January 11, 2027.

immediately following entry of the Protective Order. Petitioners reviewed the contents of the Administrative Record, which consists of over 150,000 pages of materials, diligently following its production.

5.      On June 26, 2026, Petitioners emailed Respondents with a list of documents that they believed are properly part of, but were omitted from, the Administrative Record. At the time of this filing, Petitioners and Respondents are still actively discussing which documents will be added to the Record, and determining the logistics of how some added Record materials will be accessible to the Parties.

6.      Petitioners have been working diligently to prepare their Opening Brief, but the loss of 28 days' worth of review of the Administrative Record, as well as the ongoing uncertainty regarding the contents of the Record, has prejudiced their ability to finalize their brief by the current deadline of July 31, 2026. Petitioners will submit their Opening Brief by the new requested deadline of August 21, 2026.

7.      The Parties have conferred and all consent to the Motion for Extension of Briefing Deadlines.


      Respectfully submitted this 14th day of July, 2026.

                              s/Sharmeen Morrison
                              Sharmeen Morrison


3